UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KRISTIN GARZA, ALEXANDRA LINCOLN,
SARAH JOHNSON, and LAUREN GRIMES,

    Plaintiffs,

v.                                         Case No:  2:20-cv-49-JLB-MRM

GUICHARD ST. SURIN and THE GUARDIAN
LAW FIRM, P.A.,

    Defendants.

## ORDER

On January 2, 2022, the Magistrate Judge entered a Report and Recommendation, recommending that the parties' renewed Joint Motion to Approve FLSA Settlement Agreement (Doc. 41) be granted, and this case dismissed with prejudice. (Doc. 42.) No party has objected and the time to do so has expired.

A district judge may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of objections, a district judge is not required to review the factual findings in the report de novo, but legal conclusions are reviewed de novo even without an objection. Id.; Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993).

After an independent review of the record, and noting the lack of any objection, the Court agrees with the well reasoned Report and Recommendation.

Accordingly, it is hereby **ORDERED**:

1. The Report and Recommendation (Doc. 42) is **ADOPTED** and made part of this Order for all purposes.

2. The parties' renewed Joint Motion to Approve FLSA Settlement Agreement (Doc. 41) is **GRANTED**.

3. The parties' settlement agreement (Doc. 41-1) is approved as a fair and reasonable resolution of a bona fide dispute regarding Plaintiffs' Fair Labor Standards Act claims in Count I.  The Court acknowledges that the parties have settled the non-FLSA claims by way of separate settlement agreement.  (See Doc. 41 at 3; Doc. 41-1 at ¶ 4.)

4. This action is **DISMISSED WITH PREJUDICE**.  The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

**ORDERED** at Fort Myers, Florida, on January 24, 2022.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE